UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANILLA GAMES, INC., and
GROVER GAMING, INC.,

    Plaintiffs,

v.                                                Case No. 8:24-cv-00337-KKM-JSS

JOHN J. CZEPIEL,

    Defendant.
_____

## ORDER SETTING DEADLINES FOR CONSIDERATION OF MOTION FOR PRELIMINARY INJUNCTION

This cause comes before the Court upon Plaintiffs' request for a preliminary injunction (Doc. 8). Accordingly, the following is **ORDERED**:

1. On or before **February 14, 2024**, Plaintiffs are directed to serve a copy of the Complaint, (Doc. 1), this Order, and the Motion for Preliminary Injunction, (Doc. 8), on Defendant. Plaintiffs must file a notice on or before **February 15, 2023**, confirming that they have complied with this instruction.

2. No later than **February 16, 2024,** the Parties must inform the Court whether

an evidentiary hearing will be required. If the Parties believe that a hearing will be required, they must inform the Court of its projected length.

3. Defendant shall respond to the Motion for Preliminary Injunction (Doc. 8) within **fourteen days** of service of this Order and the motion.

4. All parties are directed to strictly comply with the procedures set forth in Middle District of Florida Local Rule 6.02.

**ORDERED** in Tampa, Florida, on February 9, 2024.

Kathryn Kimball Mizelle
United States District Judge